IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTISAN AND TRUCKERS
CASUALTY CO.,

Plaintiff,

v.

A&K RENTALS, *et al.*,

Defendants.

Case No. 17-cv-27 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 14, 2018**          **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray**
**Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**